**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **RAYMOND EDWARD CROSS,** | ) | Civil Action No. 7:11-cv-00404 |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF VIRGINIA** | ) | **By:**   **Hon. Michael F. Urbanski** |
| **DEPARTMENT OF** | ) | **United States District Judge** |
| **CORRECTIONS, et al.,** | ) | |
| **Defendants.** | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice**, pursuant to 28 U.S.C.

§ 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum

opinion to plaintiff.

Entered:  August 29, 2011

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge